AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

DISTRICT OF __Colorado__

UNITED STATES OF AMERICA
V.
__Brett W. Branch__

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER: __09-mj-01010__

CHARGING DISTRICTS
CASE NUMBER: __08-00327-CG__

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __Alabama__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __113 St. Joseph St., Mobile, AL 36602__
*Place and Address*
for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) __113 St. Joseph St. Mobile, AL 36602__ on __Feb. 11, 2009 2:00pm__
*Date and Time*

__Boyd N. Boland__
Signature of Judge

__February 2, 2009__
Date

__Boyd N. Boland__     __U.S. Magistrate Judge__
Name of Judge         Title of Judge